**Form 224**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Allison L. Respet**
  Debtor(s)

Bankruptcy Case No.: 23–21417–GLT

Chapter: 13
Docket No.: 16 – 14

### CERTIFICATION

The undersigned Clerk of the above–entitled Court certifies that:

The above–captioned case was filed on **June 30, 2023** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **8/11/2023** and failure to meet that deadline would result in the dismissal of the case.

As of **August 14, 2023,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991–1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: August 14, 2023

Gregory L Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 23-21417-GLT
Allison L. Respet                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                          Page 1 of 2
Date Rcvd: Aug 14, 2023                     Form ID: 224                                Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Allison L. Respet, 213 Roaring Run Rd., Champion, PA 15622-3093 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|----------------------------|-----------|----------------------------|
| cr | + | EDI: AISACG.COM | Aug 15 2023 03:27:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15615173 | | EDI: GMACFS.COM | Aug 15 2023 03:27:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15615174 | | EDI: AGFINANCE.COM | Aug 15 2023 03:27:00 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15619097 | + | EDI: AGFINANCE.COM | Aug 15 2023 03:27:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15624362 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15615175 | ^ | MEBN | Aug 14 2023 23:32:10 | PNC Bank, c/o KML Law Group, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Aug 14, 2023                          Form ID: 224                                  Total Noticed: 7

Date: Aug 16, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Denise Carlon
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Kenneth Steidl
                                  on behalf of Debtor Allison L. Respet julie.steidl@steidl-steinberg.com
                                  ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                                  eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 4